# Court of Appeals
# of the State of Georgia

ATLANTA, _October 03, 2013_

*The Court of Appeals hereby passes the following order:*

**A14A0129.  LUCILLE SMITH et al v. WESTBURY HEALTH AND REHABILITATION CENTER CONYERS, INC., et al.**

After the superior court entered summary judgment in favor of the defendants, Plaintiff Lucille Smith filed a motion to set aside the judgment pursuant to OCGA § 9-11-60 (d).  The court denied her motion, and Smith then filed this direct appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be taken by application for discretionary review.  See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006).  Smith's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over her appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _10/03/2013_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*